# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1597
L.T. Case No. 2020-CF-000291-A

———————————————

KEVIN E. LEEKS, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Lake County.
Lawrence J. Semento, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

January 27, 2026

PER CURIAM.

   AFFIRMED.

JAY, C.J., and HARRIS and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————